UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ABDUL SEN, Individually and on behalf of all
others similarly situated,

       Plaintiffs,

vs.                                                                Case No.: 12-CV-643

MENARD, INC. d/b/a MENARDS; and
MIDWEST MANUFACTURING, INC.,

       Defendants.

## CERTIFICATE OF INTEREST AND RULE 7.1 DISCLOSURE STATEMENT

The undersigned, as counsel of record for defendant Menard, Inc. d/b/a Menards, provides the following information in compliance with Federal Rule of Civil Procedure 7.1:

1. Full name of every party the attorney represents in this matter:

    Menard, Inc. d/b/a Menards

2. Parent corporations and stockholders:

    a. Parent corporations, if any:   **None**

    b. List of corporate stockholders that are publicly held companies owning 10 percent or more of the stock of the party or amicus:   **None**

3. The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in this court:

    **Hinshaw & Culbertson LLP**

16620290v1 0939022

Dated this 4th day of October, 2012.

    /s/ David J. Hanus
    Jeffrey S. Fertl
    State Bar No. 1014806
    David J. Hanus
    State Bar No. 1027901
    Hinshaw & Culbertson LLP
    100 E. Wisconsin Avenue
    Suite 2600
    Milwaukee, WI 53202
    Telephone: 414-276-6464
    Fax: 414-276-9220
    E-mail: jfertl@hinshawlaw.com
    dhanus@hinshawlaw.com

16620290v1 0939022